UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL CABRERA,

    Petitioner,

v.

DAVID B. LONG,

    Respondent.

Case No. 14-cv-04815-YGR (PR)

**ORDER OF DISMISSAL**

    This action was opened in error when the Court received a habeas petition form from Petitioner that was intended to be filed in a previously-filed action -- Case No. C 14-2494 YGR (PR). In an Order dated August 15, 2014 in Case No. C 14-2494 YGR (PR), the Court dismissed the petition because Petitioner had not paid the filing fee or filed a complete *in forma pauperis* ("IFP") application. However, the record shows that Petitioner had in fact paid the full $5.00 filing fee on June 13, 2014. *See* Receipt No. 34611096811. However, the proof of payment, i.e., the receipt number, was not entered into the Court's electronic database until September 16, 2014, almost a month after the dismissal order was issued. Thus, it is clear that the petition in Case No. C 14-2494 YGR (PR) was dismissed erroneously, and that the August 15, 2014 Order should be vacated to ensure that Case No. C 14-2494 YGR (PR) will be reopened.

    In the present action, the petition filed (dkt. 1) should have been filed as an amended petition in Case No. C 14-2494 YGR (PR). Instead, as explained above, a new action was opened—the present action. The Clerk of the Court sent Petitioner a notice in this action directing him to either pay the filing fee or file a completed prisoner's IFP application. However, Petitioner need not do so.

    Petitioner currently has two separate habeas actions, although he meant to file only one action. Accordingly, the Clerk is directed to remove Petitioner's habeas petition form from this

1  action along with all other documents filed by Petitioner. Dkt. 1. The Clerk is then directed to file
2  them in his previously-filed action, Case No. C 14-2494 YGR (PR). The Clerk is further directed
3  to label his petition as his "Amended Petition," and to mark it as filed on October 30, 2014, the
4  date it was received by the Court. The Court will vacate the aforementioned August 15, 2014
5  Order, reopen Case No. C 14-2494 YGR (PR), and review his amended petition in a separate
6  written Order in his previously-filed action.

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 21, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge